UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YITZCHAK CWEIBER on behalf of himself and all other similarly situated consumers

                Plaintiff,

-against-

REDLINE RECOVERY SERVICES, LLC

                Defendant.

Index No. 1:12-cv-05606-NGG-JO

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       May 21, 2013

*So ordered.*
s/Nicholas G. Garaufis
5/21/13

                /s/ Maxim Maximov
                Maxim Maximov, Esq.
                Maxim Maximov, LLP
                Attorney for the Plaintiff
                1600 Avenue M, 2nd Floor
                Brooklyn, NY 11230
                Office: (718) 395-3459
                Facsimile: (718) 408-9570
                E-mail: m@maximovlaw.com